## WILLS v. BUZBEE.

No. 3528.    Opinion Filed May 12, 1914.

(140 Pac. 1146.)

1.    **APPEAL AND ERROR**—Case-Made—Time—Extension.   An order extending the time for making and serving a case-made, made after the expiration of the time theretofore fixed by order of the court or trial judge, is void.

2.    **SAME**—Service—Time.   A purported case-made, which is not served within three days after the judgment or order is entered, or within an extension of time duly allowed, is a nullity, and cannot be considered by this court.

(Syllabus by Sharp, C.)

*Error from County Court, Greer County;*
*Jarret Todd, Judge.*

Action by John G. Wills against J. R. Buzbee.   From a judgment for defendant, plaintiff brings error.   Dismissed.

*B. F. Van Dyke,* for plaintiff in error.

*S. D. Williams* and *J. L. Carpenter,* for defendant in error.

Opinion by SHARP, C.   The motion for a new trial in this case was overruled August 17, 1911, at which time plaintiff was granted 60 days in which to make and serve case-made for the Supreme Court.   October 19th thereafter, after the expiration of the time originally granted, the court made an order granting an extension of 30 days for preparing, serving, and filing said case-made, and on November 21st a further extension of 30 days was granted by the court.   Neither of the latter two orders were valid, because made after the expiration of the time originally granted.   *Lathim v. Schlack,* 27 Okla. 522, 112 Pac. 968; *Lawson et al. v. Zeigler,* 33 Okla. 368, 125 Pac. 724; *Hurst et al. v. Wheeler,* 35 Okla. 639, 130 Pac. 934; *Williams v. New State Bank,* 38 Okla. 326, 132 Pac. 1087; *Campbell v. Ruble,* 40 Okla. 48, 135 Pac. 1050.   The case-made was served December 21, 1911, after the time originally granted had expired, as well as

APRIL TERM, 1914.—Vol. XLII. 207

after the expiration of the additional periods allowed by the subsequent orders, if they had been valid.

The plaintiff, at the time this appeal was attempted, had three days by statute in which to make and serve his case-made upon the defendant, after the judgment was entered, and, not having done so within that time, or the extension of 60 days granted by the court, the case cannot be considered by this court. *Carr v. Thompson et al.,* 27 Okla. 7, 110 Pac. 667; *Foulds v. Hubbard,* 36 Okla. 146, 128 Pac. 108; *St. Louis & S. F. R. Co. v. Rickey,* 33 Okla. 481, 126 Pac. 735; *Brown-Beane Co. et al. v. Rucker et al.,* 36 Okla. 696, 136 Pac. 1075.

The appeal should therefore be dismissed.

By the Court: It is so ordered.